People v Brown
2026 NY Slip Op 04124
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SAMMY L. BROWN, DEFENDANT-APPELLANT.

Decided on June 26, 2026
MOTION NO. (162/20) KA 19-00074.
Present: Lindley, J.P., Curran, Bannister, Nowak, And Hannah, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.